IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAUREL HART, parent and natural guardian of Toni Blakely, a minor, and in her own right,<br>        Plaintiffs,<br><br>v.<br><br>THE SCHOOL DISTRICT OF PHILADELPHIA,<br>        Defendant. | CIVIL ACTION<br><br><br><br>NO. 12-326 |

## ORDER

**AND NOW**, this 30th day of March, 2015, the Court having granted plaintiff's Petition for Leave to Settle or Compromise a Minor's Action by Order dated October 6, 2014, and plaintiff's counsel having filed Affidavit of Compliance (Document No. 21, filed March 26, 2015), stating that the settlement proceeds have been distributed in compliance with the Order dated October 6, 2014, **IT IS ORDERED** as follows:

1. The action is **DISMISSED WITH PREJUDICE** pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court;

2. The Clerk of Court shall **MARK** this case closed.

BY THE COURT:

/s/ Jan E. DuBois
DuBOIS, JAN E., J.